

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 02/22/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** State Farm — Costello Ins and Fin Svcs Inc, Bill Costello, 1501 Legends Blvd, Champions Gate FL, 33869-8300

**CONTACT NAME:** Sarah Flowers
**PHONE (A/C, No, Ext):** 407-390-7275
**FAX (A/C, No):** 407-390-7276
**E-MAIL ADDRESS:** Sarah@costelloagency.com

**INSURER A:** State Farm Mutual Automobile Insurance Company   **NAIC #:** 25178

**INSURED:** Global Pioneer, 1114 Lake Ariana Blvd, Auburndale, FL 33823-2312

**CERTIFICATE NUMBER:**    **REVISION NUMBER:**

## COVERAGES

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY — CLAIMS-MADE / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY / PROJECT / LOC / OTHER | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY — X ANY AUTO — OWNED AUTOS ONLY / SCHEDULED AUTOS / HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | E18 1629-B19-59A | 02/19/2017 | 08/19/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | E24 5495-C26-59 | 03/26/2017 | 09/26/2017 | BODILY INJURY (Per person) | $ 300,000 |
| | | | | | | | BODILY INJURY (Per accident) | $ 300,000 |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ 100,000 |
| | | | | | | | | $ |
| | UMBRELLA LIAB / EXCESS LIAB — OCCUR / CLAIMS-MADE | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | DED / RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N — ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE / OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**CERTIFICATE HOLDER:** Access 2 Care, 6200 S Syracuse Way, Greenwood Vlg CO, 8[...]

**EXHIBIT 3**

**CANCELLATION:** SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE:** [signature] Sarah Flowers 2/22/17

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

1001486 132849.12 03-18-2016