IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

      Plaintiff,            CASE NO.: 8:23-cv-02970-MSS-UAM

v.

CAROL T. TAYLOR, SHELDON
FAULK, PATRICIA SOCORRO,
GLOBAL PIONEER BUSINESS
SOLUTIONS, LLC f/k/a GLOBAL
PIONEER BUSINESS SOLUTIONS,
INC.,

      Defendants,
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Plaintiff, and CAROL T. TAYLOR and SHELDON FAULK, Defendants, by and through their undersigned counsel, hereby file this Joint Notice of Settlement advising the Court that the Parties have reached a settlement of all claims in the above-styled matter. The Parties are in the process of preparing and executing the necessary settlement documents and, accordingly, will be filing a Joint Stipulation for Dismissal with Prejudice as soon as the executed Release and settlement funds have been exchanged.

Dated April 4 2024.

/s/ James M. Shaw

**James M. Shaw, Jr., Esquire**
Florida Bar No.: 677851
Email: jshaw@butler.legal
Naomi R. Robertson, Esquire
Florida Bar No.: 1032076
Email: nrobertson@butler.legal
Butler Weihmuller Katz Craig, LLP
400 N. Ashley Drive, Suite 2300
Tampa, FL 33602
Telephone: 813-281-1900
Facsimile: 813-281-0900
Counsel for Plaintiff

**Thomas D. Roebig, Jr., Esquire**
Florida Bar No.: 0651702
Email : tdr@florinroebig.com
Sarah K. Bartlett, Esquire
Florida Bar No.: 1030881
Email : sbartlett@florinroebig.com
FLORIN ROEBIG, PA
777 Alderman Road
Palm Harbor, FL 34683
Telephone: 727-786-5000
Facsimile: 727-772-9833
Counsel for Defendants, Taylor and Faulk

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on April 4 2024, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**FLORIN ROEBIG, PA**

/Thomas D. Roebig, Jr. Esquire
tdr@florinroebig.com
FBN: 0651702
**Sarah K. Bartlett, Esquire**
sbartlett@florinroebig.com
FBN: 1030881
**FLORIN ROEBIG, PA**
777 Alderman Road
Palm Harbor, FL 34683
Telephone: (727) 786-5000
Fax: (727) 772-9833
**Service Emails:**
Primary: tdr@florinroebig.com
Secondary: desi@florinroebig.com
PIService@florinroebig.com