IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,                                  CASE NO.: 8:23-cv-02970-MSS-UAM

v.

CAROL T. TAYLOR, SHELDON
FAULK, PATRICIA SOCORRO,
GLOBAL PIONEER BUSINESS
SOLUTIONS, LLC f/k/a GLOBAL
PIONEER BUSINESS SOLUTIONS,
INC.,

    Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The matter in dispute between the parties hereto having been amicably resolved between them, it is hereby stipulated and agreed, by and between counsel for all parties who have appeared, that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, permitting dismissal by the Plaintiff, without order of the court, by the filing of a stipulation of dismissal signed by all parties who have appeared.

Dated: __4/28/25__    Dated: __4/28/25__

/s/ James Michael Shaw, Jr.

/s/ Sarah K. Bartlett

_____    _____

James Michael Shaw, Jr., Esq.
Naomi R. Robertson, Esq.
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
jshaw@butler.legal
nrobertson@butler.legal
Secondary: mbumoskey@butler.legal
            mmcnaull@butler.legal
Attorneys for Plaintiff

Thomas D. Roebig, Jr., Esq.
Sarah K. Bartlett, Esq.
FLORIN ROEBIG, PA
777 Alderman Road
Palm Harbor, FL 34683
tdr@florinroebig.com
sbartlett@florinroebog.com
Attorneys for Defendants Taylor and Faulk